No. 88–1398. LUMAR MARINE, INC. *v.* SIMEON ET AL.; and
No. 88–1462. T. SMITH & SONS, INC. *v.* SIMEON ET AL. C. A. 5th Cir. Certiorari denied.

No. 88–1404. MONSANTO CO. ET AL. *v.* UNITED STATES ET AL. C. A. 4th Cir. Certiorari denied.

No. 88–1454. BARNES *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 88–1455. HATTEN *v.* RAINS, SECRETARY OF STATE OF TEXAS, ET AL. C. A. 5th Cir. Certiorari denied.

No. 88–1465. GREGORY TIMBER RESOURCES, INC. *v.* UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 88–1479. INTERNATIONAL MILL SERVICE ET AL. *v.* AUBUSCHON. Sup. Ct. Ill. Certiorari denied.

No. 88–1481. OEN YIN-CHOY *v.* ROBINSON, UNITED STATES MARSHAL FOR THE NORTHERN DISTRICT OF CALIFORNIA. C. A. 9th Cir. Certiorari denied.

No. 88–1532. HAZARDOUS WASTE TREATMENT COUNCIL *v.* ENVIRONMENTAL PROTECTION AGENCY ET AL. (two cases). C. A. D. C. Cir. Certiorari denied.

No. 88–1548. BATES *v.* TENNESSEE VALLEY AUTHORITY ET AL. C. A. 11th Cir. Certiorari denied.

No. 88–1552. WASHINGTON INTERNATIONAL INSURANCE CO. *v.* UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 88–1567. CAMARENA *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 88–1582. O'CARROLL *v.* CHAPARRAL AIRLINES, INC. C. A. 5th Cir. Certiorari denied.